United States District Court
Southern District of Texas
**ENTERED**
November 07, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HOMETRADER, L.L.C.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | **CIVIL ACTION NO. 4:23-CV-1420** |
| | § | |
| **U.S. BANK, N.A.,** | § | |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING MOTION TO DISMISS

On June 13, 2023 Defendant U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V ("Defendant") filed a Motion to Dismiss ("Motion"). (ECF No. 8.) The Court set a hearing on the Motion for November 7, 2023. On November 6, Plaintiff Hometrader, L.L.C. ("Plaintiff") filed a Sur-Reply stating that "it is readily apparent that Defendant's Amended Motion to Dismiss is well reasoned and should be granted." (ECF No. 22 at ¶ 1.) Plaintiff requested "that the Court enter an order granting Defendant's Amended Motion to Dismiss without the necessity of an oral hearing." (*Id.* at ¶ 3.)

Accordingly, the Court **GRANTS** Defendant's Motion (ECF No. 8). Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 6th day of November, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE